IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PATRICIA MCKNIGHT                                                                                          PLAINTIFF

v.                               Case No. 2:14-CV-02147

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                          DEFENDANT

# JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g)..

IT IS SO ADJUDGED this 16th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE